# IN THE SUPREME COURT OF THE STATE OF NEVADA

UNITED AUTOMOBILE INSURANCE
COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ERIC
JOHNSON, DISTRICT JUDGE,
Respondents,
 and
CHEYENNE NALDER; AND GARY
LEWIS,
Real Parties in Interest.

No. 80965

FILED

APR 2 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges the district court's decision to lift its stay of proceedings.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ

relief bears the burden of showing such relief is warranted).  Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Eric Johnson, District Judge
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Winner & Sherrod
       Stephens & Bywater, P.C.
       E. Breen Arntz, Chtd.
       Christensen Law Offices, LLC
       Eighth District Court Clerk

---

[1]In light of this order, we deny as moot petitioner's emergency motion for stay and motion for judicial notice.